United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-14001-pmm
Anderson D. Forrest, III | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: May 23, 2025      Form ID: 309A      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Anderson D. Forrest, III, 67 Sherman Road, Birdsboro, PA 19508-8597 |
| aty | + | STEPHEN MATTHEW DUNNE, Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102 U.S.A. 19102-1932 |
| 14943970 | | Amex, PO box 277871, Fort Lauderdale, FL 33329 |
| 14943985 | + | Pamela Forrest, 67 Sherman Road, Birdsboro, PA 19508-8597 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: kymberlin.jtblaw@gmail.com | May 24 2025 00:35:00 | JOSEPH T. BAMBRICK, JR., Joseph T. Bambrick Jr. Esq., 529 Reading Avenue, Suite K, West Reading, PA 19611 |
| tr | + | EDI: QRHHOLBER.COM | May 24 2025 04:24:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | May 24 2025 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2025 00:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 24 2025 00:36:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14961933 | | Email/PDF: bncnotices@becket-lee.com | May 24 2025 01:09:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943972 | + | EDI: BANKAMER | May 24 2025 04:24:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14967071 | | EDI: BANKAMER | May 24 2025 04:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14943973 | | EDI: TSYS2 | May 24 2025 04:24:00 | Barclays Mastercard, Card Services, PO Box 8801, Wilmington, DE 19899-8801 |
| 14946307 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 24 2025 00:35:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14943974 | + | EDI: JPMORGANCHASE | May 24 2025 04:24:00 | Chase Bank/Amazon, PO Box 15123, Wilmington, DE 19850-5123 |
| 14943975 | + | EDI: JPMORGANCHASE | May 24 2025 04:24:00 | Chase Bank/Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 14943976 | + | EDI: JPMORGANCHASE | May 24 2025 04:24:00 | Chase Bank/Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14943977 | | EDI: CITICORP | | |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14965746 | EDI: CITICORP | May 24 2025 04:24:00 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14943981 | + Email/Text: Bankruptcy.RI@Citizensbank.com | May 24 2025 04:24:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14943982 | ^ MEBN | May 24 2025 00:35:00 | Citizens Card Services, PO Box 42010, Providence, RI 02940-2010 |
| 14943983 | EDI: IRS.COM | May 24 2025 00:22:38 | Discover, PO Box 71244, Charlotte, NC 28272-1244 |
| 14967185 | EDI: JEFFERSONCAP.COM | May 24 2025 04:24:00 | IRS, PA Dept of Revenue, Philadelphia, PA 19255 |
| 14959594 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 24 2025 04:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14943984 | Email/Text: EBN@Mohela.com | May 24 2025 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14958304 | Email/Text: EBN@Mohela.com | May 24 2025 00:35:00 | Mohela, PO Box 790233, Saint Louis, MO 63179-0233 |
| 14964296 | Email/Text: bkrgeneric@penfed.org | May 24 2025 00:35:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14967676 | EDI: PRA.COM | May 24 2025 00:35:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 14943989 | EDI: G2RSPSECU | May 24 2025 04:24:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14943986 | EDI: SYNC | May 24 2025 04:24:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14943987 | + Email/Text: bkrgeneric@penfed.org | May 24 2025 04:24:00 | Paypal credit, PO Box 960080, Orlando, FL 32896-0080 |
| 14980501 | EDI: Q3G.COM | May 24 2025 00:35:00 | Penfed, PO Box 247080, Omaha, NE 68124-7080 |
| 14966958 | + Email/Text: bankruptcyreports@wakeassoc.com | May 24 2025 04:24:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14959756 | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2025 00:45:00 | RGAL ANESTHESIA SERVICES, LLC, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14943992 | EDI: SYNC | May 24 2025 00:40:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14943995 | + EDI: TDBANKNORTH.COM | May 24 2025 04:24:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14957634 | ^ MEBN | May 24 2025 04:24:00 | TD Card Services, PO Box 23072, Columbus, GA 31902-3072 |
| 14958507 | ^ MEBN | May 24 2025 00:22:26 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14943996 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 24 2025 00:22:44 | US Department of Education/MOHELA, Po Box 790453, St Louis, MO 63179-0453 |
| 14948551 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 24 2025 00:41:16 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14961961 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 24 2025 00:40:48 | Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| | | May 24 2025 00:40:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| 14943997 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
|---|---|---|---|
| | | May 24 2025 00:53:52 | Wells Fargo Mortage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14943991 | | RGAL Wakefield Associates |
| 14961935 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943971 | * | Amex, PO box 277871, Fort Lauderdale, FL 33329 |
| 14943978 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14943979 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14943980 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14959596 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14959597 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14960891 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14943990 | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14943988 | *+ | Penfed, PO Box 247080, Omaha, NE 68124-7080 |
| 14980503 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14943993 | * | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14943994 | * | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025        Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Anderson D. Forrest III <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5051 |
| | | EIN: | __–_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13   11/7/24 |
| Case number: | 24–14001–pmm | Date case converted to chapter: | 7   5/21/25 |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anderson D. Forrest III | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 67 Sherman Road <br> Birdsboro, PA 19508 | |
| 4. | **Debtor's attorney** <br> Name and address | JOSEPH T. BAMBRICK JR. <br> Joseph T. Bambrick Jr. Esq. <br> 529 Reading Avenue, Suite K <br> West Reading, PA 19611 | Contact phone (610) 372–6400 <br><br> Email: kymberlin.jtblaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | ROBERT H. HOLBER <br> Robert H. Holber PC <br> 41 East Front Street <br> Media, PA 19063 | Contact phone (610) 565–5463 <br><br> Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 5/23/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2025 at 09:40 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/25/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |