United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anderson D. Forrest, III  
    Debtor

Case No. 24-14001-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Aug 29, 2025     Form ID: 318     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anderson D. Forrest, III, 67 Sherman Road, Birdsboro, PA 19508-8597 |
| 14943970 | | Amex, PO box 277871, Fort Lauderdale, FL 33329 |
| 14943985 | + | Pamela Forrest, 67 Sherman Road, Birdsboro, PA 19508-8597 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Aug 30 2025 04:30:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 30 2025 00:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 30 2025 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14961933 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2025 00:47:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943972 | + | EDI: BANKAMER | Aug 30 2025 04:30:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14967071 | | EDI: BANKAMER | Aug 30 2025 04:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14943973 | | EDI: TSYS2 | Aug 30 2025 04:30:00 | Barclays Mastercard, Card Services, PO Box 8801, Wilmington, DE 19899-8801 |
| 14946307 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 30 2025 00:39:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14943974 | + | EDI: JPMORGANCHASE | Aug 30 2025 04:30:00 | Chase Bank/Amazon, PO Box 15123, Wilmington, DE 19850-5123 |
| 14943975 | + | EDI: JPMORGANCHASE | Aug 30 2025 04:30:00 | Chase Bank/Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 14943976 | + | EDI: JPMORGANCHASE | Aug 30 2025 04:30:00 | Chase Bank/Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 14943977 | | EDI: CITICORP | Aug 30 2025 04:30:00 | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14965746 | | EDI: CITICORP | Aug 30 2025 04:30:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14943981 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 30 2025 00:39:00 | Citizens Card Services, PO Box 42010, Providence, RI 02940-2010 |
| 14943982 | ^ | MEBN | Aug 30 2025 00:27:57 | Discover, PO Box 71244, Charlotte, NC |

Case 24-14001-pmm   Doc 66   Filed 08/31/25   Entered 09/01/25 00:41:04   Desc Imaged
                          Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: 318 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14943983 | | EDI: IRS.COM<br>Aug 30 2025 04:30:00 | | 28272-1244<br>IRS, PA Dept of Revenue, Philadelphia, PA 19255 |
| 14967185 | | EDI: JEFFERSONCAP.COM<br>Aug 30 2025 04:30:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14959594 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com<br>Aug 30 2025 00:39:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14943984 | | Email/Text: EBN@Mohela.com<br>Aug 30 2025 00:39:00 | | Mohela, PO Box 790233, Saint Louis, MO 63179-0233 |
| 14958304 | | Email/Text: EBN@Mohela.com<br>Aug 30 2025 00:39:00 | | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14964296 | | Email/Text: bkrgeneric@penfed.org<br>Aug 30 2025 00:39:00 | | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 14967676 | | EDI: PRA.COM<br>Aug 30 2025 04:30:00 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14943989 | | EDI: G2RSPSECU<br>Aug 30 2025 04:30:00 | | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14943986 | | EDI: SYNC<br>Aug 30 2025 04:30:00 | | Paypal credit, PO Box 960080, Orlando, FL 32896-0080 |
| 14943987 | + | Email/Text: bkrgeneric@penfed.org<br>Aug 30 2025 00:39:00 | | Penfed, PO Box 247080, Omaha, NE 68124-7080 |
| 14980501 | | EDI: Q3G.COM<br>Aug 30 2025 04:30:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14966958 | + | Email/Text: bankruptcyreports@wakeassoc.com<br>Aug 30 2025 00:40:00 | | RGAL ANESTHESIA SERVICES, LLC, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14959756 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 30 2025 00:46:46 | | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14943992 | | EDI: SYNC<br>Aug 30 2025 04:30:00 | | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14943995 | | EDI: TDBANKNORTH.COM<br>Aug 30 2025 04:30:00 | | TD Card Services, PO Box 23072, Columbus, GA 31902-3072 |
| 14957634 | ^ | MEBN<br>Aug 30 2025 00:28:00 | | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14958507 | ^ | MEBN<br>Aug 30 2025 00:28:16 | | US Department of Education/MOHELA, Po Box 790453, St Louis, MO 63179-0453 |
| 14943996 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Aug 30 2025 00:46:17 | | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14948551 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Aug 30 2025 00:47:09 | | Wells Fargo Bank, N.A., Atty: BK Dept., MAC# N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14961961 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Aug 30 2025 00:46:17 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14943997 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Aug 30 2025 00:58:41 | | Wells Fargo Mortage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: 318 | Total Noticed: 39 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14943991 |  | RGAL Wakefield Associates |
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14961935 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943971 | * | Amex, PO box 277871, Fort Lauderdale, FL 33329 |
| 14943978 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14943979 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14943980 | * | Citi Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14959596 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14959597 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14960891 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14943990 | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14943988 | *+ | Penfed, PO Box 247080, Omaha, NE 68124-7080 |
| 14980503 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14943993 | * | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14943994 | * | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Anderson D. Forrest III christine.jtblaw@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Anderson D. Forrest III bestcasestephen@gmail.com, DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Anderson D. Forrest III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5051<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–14001–pmm | |

## Order of Discharge                                                                                              12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anderson D. Forrest III

<u>8/29/25</u>                                                                              **By the court:**   <u>Patricia M. Mayer</u>
                                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2